Warren W. Shipman, III, Donald H. Ray, McGown, Godfrey, Logan & Decker, R. W. Decker, Fort Worth, Tex., for petitioners.

Michael K. Cavanaugh, Dept. of Justice, Louis F. Oberdorfer, Asst. Atty. Gen., Eugene Colelle, Lee A. Jackson, Dept. of Justice, Washington, D. C., David O. Walter, Attorney, Department of Justice, Washington, D. C., for respondent.

Before TUTTLE, Chief Judge, and HUTCHESON and BROWN, Circuit Judges.

PER CURIAM.

Petitioners, complaining of a decision and order of the Tax Court,[1] approving and affirming a deficiency, are here insisting that the decision and order are erroneous and should be reversed.

[1] 23 T.C.Memo. 445.

---

**ALAMO AVIATION, INC., Appellant,**

v.

**WORLD WIDE AIRLINES, Appellee.**

**No. 21923.**

United States Court of Appeals
Fifth Circuit.

April 5, 1965.

Rehearing Denied May 4, 1965.

John H. Wood, Jr., and Beckmann, Stanard, Wood & Vance, San Antonio, Tex., for appellant.

Josh H. Groce, Jack Hebdon, San Antonio, Tex., Phillip D. Bostick, Washington, D. C., Groce, Hebdon, Fahey & Smith, San Antonio, Tex., and Shaw, Pittman, Potts, Trowbridge & Madden, Washington, D. C., for appellee.

Before WOODBURY,* JONES and GEWIN, Circuit Judges.

PER CURIAM:

The appellant urges that there were improper statements in the jury argument of appellee's counsel. We are convinced from an examination of the jury arguments of all counsel that the appellant was not prejudiced by any improper comments of the appellee's attorney. Other assignments of error raise ques-

* Senior Judge of the First Circuit, sitting by designation.

tions as to the sufficiency of the evidence to support the verdict and judgment. The evidence was ample. The judgment of the district court is

Affirmed.